### Northwood Realty Company *v.* Dietz et ux., Appellants.

Argued November 9, 1971. *Martin Croissant,* for appellants; *R. C. Riethmuller* and *Homer T. Newlon, Jr.,* with them *W. H. Markus,* for appellees.

The appeal is quashed as taken from an interlocutory order.

SPAULDING, J., absent.


### Penn Gregg Oil Company *v.* Inter, Appellant.

Argued November 11, 1971. *David W. Swanson,* for appellant; *Bernard J. Hessley,* for appellees.

Orders affirmed.

SPAULDING, J., absent.